# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**795**

**CAF 11-00208**

PRESENT: SCUDDER, P.J., SMITH, CARNI, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF WILLIAM J. STRONG,
PETITIONER-APPELLANT,

V                                                                    ORDER

LINDA A. STRONG, RESPONDENT-RESPONDENT.

---

ROBERT A. DINIERI, CLYDE, FOR PETITIONER-APPELLANT.

-------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), entered July 12, 2010 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of petitioner to the order of the Support Magistrate dismissing his petition for a modification of support.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  June 10, 2011                                  Patricia L. Morgan
                                                         Clerk of the Court